UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

Matthew Jenkins,

                                                Plaintiff,

-against-

The City of New York and Orlan Zambrano,

                                                Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-cv-5889 (RJD) (RER)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
 Sep. 11, 2019

MICHAEL LUMER
*Attorney for Plaintiff*
LUMER LAW GROUP
305 Broadway, Suite 1400
New York, New York 10007
(212) 566-5060

By: _____
   Michael Lumer, Esq.

RAOUL ZALTZBERG
*Attorney for Plaintiff*
305 Broadway, Suite 900
New York, New York 10007
Tel: (212) 822-1459

By: _____
   Raoul Zaltzberg, Esq.

GEORGIA M. PESTANA
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York and Zambrano*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
   Jorge Marquez, Esq.
   *Senior Counsel*

Alan Scheiner, Esq.
*Senior Counsel*

SO ORDERED:

_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2019